1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 1301 Clay Street, Suite 340S
Oakland, California 94612
6 | Telephone: (510) 637-3697
FAX: (510) 637-3724
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | HONG YING YE,                                    )
                                                     ) No. C 09-2073 MEJ
13 |                       Plaintiff,                 )
                                                     )
14 |            v.                                    )
                                                     ) **STIPULATION TO EXTEND DATES;**
15 | ERIC HOLDER, Attorney General,                   ) **and [PROPOSED] ORDER**
    of the United States,                            )
16 |                                                  )
                       Defendants.                    )
17 | _____               )

18 |     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 | of record, hereby stipulate, subject to the approval of the Court, to the following:

20 |     1. Plaintiff filed this action on or about May 12, 2009.  The United States Attorney's Office

21 | was not served until June 15, 2009.

22 |     2. Pursuant to this Court's May 12, 2009 Order Setting Initial Case Management Conference,

23 | the parties are required to file a joint case management statement on August 13, 2009, and attend a

24 | case management conference on August 20, 2009.

25 |     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

26 | and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

27 | this Court to extend the dates in the Court's scheduling order as follows:

28 |
Stip to Extend Dates
C 09-2073 MEJ

1    Last day to file Joint ADR Certification            August 20, 2009

2    Last day to file/serve Joint Case Management Statement:      September 3, 2009

3    Case Management Conference:            September 10, 2009 at 10:00 a.m.

4

5 Dated: June 17, 2009                  Respectfully submitted,

6                           JOSEPH P. RUSSONIELLO
                          United States Attorney

7

8                                 /s/
                          EDWARD A. OLSEN[1]

9                           Assistant United States Attorney
                          Attorney for Defendants

10

11 Dated: June 17, 2009

12                                 /s/
                          HENRY R. HU
                          Attorney for Plaintiff

13

14

15                                  **ORDER**

16      Pursuant to stipulation, IT IS SO ORDERED.

17

18

19 Date:  June 18, 2009

                              MARIA-ELENA JAMES
                              United States Magistrate Judge

20

21

22

23

24

25

26

27      [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28 Stip to Extend Dates
C 09-2073 MEJ