| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S |
|   | Oakland, California 94612 |
| 6 | Telephone: (510) 637-3697 |
|   | FAX: (510) 637-3724 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HONG YING YE, | ) | |
| | ) | No. C 09-2073 MEJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| ERIC HOLDER, Attorney General of | ) | **PROCESS** |
| the United States, | ) | |
| | ) | |
| Defendant. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court review the denial of her naturalization application (N-400).

Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal

Joint Request to be Exempt from ADR Process
C09-2073 MEJ                    1

1 | ADR process.

2 | Dated: August 18, 2009                    Respectfully submitted,

3 |                                            JOSEPH P. RUSSONIELLO
                                               United States Attorney

4 |

5 |                                            _____/s/_____
                                               EDWARD OLSEN
6 |                                            Assistant United States Attorney
                                               Attorneys for Defendant

7 |

8 | Dated: August 18, 2009                    _____/s/_____
                                               HENRY R. HU
9 |                                            Attorney for Plaintiff

10 |

11 |                                   **ORDER**

12 |    Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

13 | Multi-Option Program and are excused from participating in the ADR phone conference and any

14 | further formal ADR process.

15 | **SO ORDERED.**

16 | Dated:  August 20, 2009                  _____
                                               MARIA-ELENA JAMES
17 |                                           United States Magistrate Judge

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Joint Request to be Exempt from ADR Process
C09-2073 MEJ                             2