1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      1301 Clay Street Suite 340S
5     Oakland, California 94612
      Telephone: (510) 637-3697
6     FAX: (510) 637-3724

7  Attorneys for Defendant

8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   HONG YING YE,                        )
12                                      )   No. C 09-2073-MEJ
                  Plaintiff,            )
13                                      )
             v.                         )   **JOINT CASE MANAGEMENT
14                                      )   STATEMENT AND [PROPOSED]
   ERIC HOLDER, Attorney General        )   ORDER**
15 of the United States,                )
                                        )
16                Defendant.            )
                                        )
17 _____

18     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of

19 record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule in light

20 of the fact that Defendant intends to file a revised Certified Administrative Record ("CAR"). The

21 CAR currently on file unnecessarily redacted certain items such as prior addresses of the plaintiff

22 which are or may be cited by the parties in their briefs and excluded a color copy of the application

23 for naturalization that was filed by Plaintiff.

   The parties propose the following revised briefing schedule:
24
   Defendants to file revised CAR no later than:                    November 13, 2009
25
   Plaintiff's Motion for Summary Judgment:                         Already on file
26
   Defendant's Opposition/Cross-Motion for Summary Judgment:        Already on file
27
   Plaintiff's Reply/Opposition:                                    November 20 2009
28

   STIPULATION TO EXTEND THE BRIEFING SCHEDULE
   C 09-2073 MEJ                              1

1 | Defendant's Reply: November 27, 2009
2 | Hearing: December 10, 2009, at 10:00 a.m.

5 | Dated: November 4, 2009            Respectfully submitted,

6 |                                    JOSEPH P. RUSSONIELLO
                                       United States Attorney

8 |                                           /s/
                                       EDWARD A. OLSEN
9 |                                    Assistant United States Attorney
                                       Attorneys for Defendant

11 | Dated: November 4, 2009                  /s/
                                       HENRY HU
12 |                                   Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November  5 , 2009            _____
                                       MARIA ELENA JAMES
                                       United States Magistrate Judge

STIPULATION TO EXTEND THE BRIEFING SCHEDULE
C 09-2073 MEJ                          2