UNITED STATES  DISTRICT COURT

Northern District of California

HONG YING YE

                Plaintiff(s),

    v.

ERICK HOLDER

                Defendant(s).

_____/

No. C 09-02073 MEJ

JUDGMENT

      On July 12, 2010, the Court granted Defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

      **IT IS SO ORDERED.**

Dated: July 12, 2010

_____

Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California